IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| K.I. and BRENDA IRBY, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:09cv752-MHT |
| | ) | (WO) |
| MONTGOMERY COUNTY BOARD OF EDUCATION, | ) ) | |
| | ) | |
|    Defendant. | ) | |

**JUDGMENT**

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 37) is granted and that this cause is dismissed in its entirety pursuant to Fed.R.Civ.P. 41(a)(2), with the parties to bear their own court costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 10th day of August, 2010.

                                          /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE